**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DELORES WARD,

    Plaintiff,

vs.                                            CASE NO. 5:09cv380/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 21). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is approved and incorporated in this Order.

2. The Commissioner's Amended Motion To Dismiss (Doc. 17), which shall be considered by the court as a motion for summary judgment, is **granted**.

3. Judgment shall be entered accordingly and the clerk is directed to close the file.

4. Not later than seven days from the date of docketing this Order, Plaintiff's counsel shall certify to the court that he has provided his client with a copy of this Order and a copy of the Order, Report and Recommendation.

**ORDERED** on December 2, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**